# EXHIBIT C

# IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| IAN LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24C655 |
| | ) | |
| v. | ) | |
| | ) | |
| MARY ANN JESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Clairise Gamez, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jefferies, Marissa Shulruff, E. Jacob Cummings, Jill Harris, Heather Robbins, Cate Enstrom, Crystal Ritchie, Angela Weaver, Mary Roy, Michael Fazi, and Feylyn Lewis ("Defendants") hereby give notice of their removal of this civil action to the United States District Court for the Middle District of Tennessee pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446. A copy of the Notice of Removal contemporaneously filed in the United States District Court for the Middle District of Tennessee, is attached hereto as **Exhibit A**.

As provided by 28 U.S.C. § 1446(d), the Circuit Court for Davidson County, Tennessee, at Nashville shall proceed no further in this action.

Respectfully submitted,

s/ *Mark A. Baugh*
Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone (615) 726-5600
Facsimile (615) 744-5760

*Attorneys for Defendants Clairise Gamez, Crystal Ritchie, and Marissa Shulruff*


/s/ *Kevin C. Klein*
Kevin C. Klein, BPR No. 023301
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
Phone: (615) 600-4802
kevin.klein@kleinpllc.com

*Attorney for the remaining Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Filing Notice of Removal was sent via email to the following individuals on April 10, 2024:

Ian Lucas
221 Charleston Avenue
Pleasant View, TN, 37126
(910) 872-3577 (telephone)
lucasianhunter@outlook.com

*Plaintiff Pro Se*


Kevin C. Klein
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
Phone: (615) 600-4802
kevin.klein@kleinpllc.com

*Counsel for the remaining Defendants*


/s/ *Mark A. Baugh*
Mark A. Baugh