UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IAN HUNTER LUCAS Pro Se,

    Plaintiff(s),

v.

MARY ANN JESSEE et al.,

    Defendant(s).

Case No. 3:24-cv-00440

Judge Waverly D. Crenshaw, Jr
Magistrate Judge Alistair E. Newbern

## MOTION TO WITHDRAW DOCUMENTS No. 21, 22, 23, 24.

COMES NOW Ian Hunter Lucas, pro se Plaintiff in the above-referenced cause of action, and respectfully moves this Honorable Court for an order allowing the withdrawal of Documents numbered 21, 22, 23, and 24, previously filed with the Court. In support of this motion, the pro se Plaintiff states the following:

    **I.**    On the date of May 2, 2024, the undersigned pro se Plaintiff, without the assistance of legal counsel, did file the aforementioned documents with this Honorable Court as part of the case docket in the ongoing litigation between the parties.

    **II.**    After the filing of these documents, the Plaintiff, in acting as their own advocate, recognized that certain discrepancies and errors occurred during the preparation and filing, which are now believed to undermine the efficacy, reliability, and precision requisite for the fair administration of justice within these proceedings.

    **III.**    The inadvertent errors contained within the documents are substantial and not merely superficial in nature. These missteps include, but are not limited to, typographical errors that could give rise to confusion regarding material facts, the

inclusion of inaccurate statements misrepresenting the factual basis or legal arguments intended to be advanced by the Plaintiff, mislabeling of exhibits which could potentially result in the misapplication of evidence, and formatting irregularities which impede the documents' legibility and interpretability.

IV. As a diligent and responsible litigant, the pro se Plaintiff desires to ensure that all matters before the Court are presented with the utmost accuracy and integrity. To that end, the Plaintiff respectfully petitions the Court for the permission to withdraw the aforementioned documents, such that they may be rectified to present a clear and accurate portrayal of the claims and defenses as intended by the Plaintiff.

V. The pro se Plaintiff avows that upon permission being granted by the Court, immediate action will be taken to refile amended documents which correct the described deficits, thereby upholding the proper adjudicative standards and contributing to the efficient resolution of the litigation at hand.

WHEREFORE, the pro se Plaintiff respectfully requests that this honorable Court:

VI. Grant the withdrawal of Documents 21, 22, 23, and 24 filed on [Original Filing Date];

VII. Direct the Clerk of this Honorable Court to expunge the identified documents from the court record to prevent any ongoing prejudice or confusion they may cause.

VIII. Permit the Plaintiff, proceeding pro se, to submit amended versions of the aforementioned documents which have been revised to correct the errors and which more accurately reflect the content intended to be communicated to the Court.

IX. Set a hearing, if necessary, at the Court's earliest convenience to address the merits of this motion, while bearing in mind the Plaintiff's pro se status; or, in the

alternative, grant this motion on the papers submitted without the need for oral argument.

X.  And grant such other and additional relief as this Court deem just and proper under the circumstances.

Respectfully and urgently submitted, this 7th of May 2024

*[signature]*
_____
Ian Hunter Lucas
*Plaintiff Pro Se*
221 Charleston Avenue
Pleasant View, Tennessee, 37146
(910) 872-3577
lucasianhunter@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I have served a copy of this <u>MOTION TO WITHDRAW DOCUMENTS</u> on Defendants and their counsel of record via CE/EFS in accordance with the Federal Rules of Civil Procedure.

Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile(615)744-5760

*Attorneys for All Other Defendants*


Kevin C. Klein (#23301)
Jeffrey W. Sheehan (#33534)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
jeff.sheehan@kleinpllc.com

*Attorneys for Defendants: Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jefferies, E. Jacob Cummings, Jill Harris, Heather Robbins, Cate Enstrom, Angela Weaver, Mary Roy, Michael Fazi, and Feylyn Lewis*

_____
Ian Hunter Lucas
*Plaintiff Pro Se*
221 Charleston Avenue
Pleasant View, Tennessee, 37146
(910) 872-3577
lucasianhunter@outlook.com
Date: May 7th, 2024
