# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IAN LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00440 |
| | ) | |
| v. | ) | Judge Waverly Crenshaw |
| | ) | |
| MARY ANN JESSEE et al., | ) | Magistrate Judge Newbern |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BART P. QUINET

The Declarant, Bart P. Quinet, states as follows:

1. I am over the age of 18 and have personal knowledge of the information set forth in this Declaration.

2. I am currently employed as the Assistant Provost and University Registrar for Vanderbilt University ("VU") in Nashville, Tennessee.

3. The Office of the University Registrar ("Registrar's Office") maintains student academic records.

4. In my capacity as the University Registrar, I serve as VU's Family Educational Rights and Privacy Act ("FERPA") Officer.

5. As VU's FERPA Officer, I assist with coordinating requests for student education records made pursuant to FERPA.

6. On March 6, 2024, Plaintiff and former VU School of Nursing student Ian Lucas made the following FERPA request to the Registrar's Office: "I, demand the immediate release of all my student records held by Vanderbilt University. This encompasses disciplinary, admissions, academic records, and all documents, recordings, or materials used in any action against me during

my tenure as a student, including [Vanderbilt University Police Department ("VUPD")] records unrelated to criminal investigations."

7. The Registrar's Office assisted with coordinating Plaintiff's review of the records responsive to his March 6, 2024, request, including his admissions, academic, and disciplinary records.

8. The responsive records to Plaintiff's request for "materials used in any action against me during my tenure as a student" included all materials used by the VU School of Nursing in its determination to academically dismiss him from the program and all materials used by the VU Student Accountability Office its determination to expel him from VU.

9. To the extent any VUPD records were used in either Plaintiff's academic dismissal or expulsion proceedings, those records were provided for Plaintiff's review.

10. Video recordings of Plaintiff's meetings with the Student Accountability Office were provided for Plaintiff's review.

11. VU's Senior Associate University Registrar Molly Thompson contacted Plaintiff on April 12, 2024, in order to schedule a 2-hour session for Plaintiff to review the records responsive to his request.

12. Ms. Thompson met with Plaintiff virtually on April 18, 2024, to allow him to review these records.

13. Plaintiff did not utilize the full 2 hours allotted for his records review on April 18, 2024.

14. After his April 18, 2024, meeting with Ms. Thompson, Plaintiff made a second request under FERPA to the Registrar's Office, seeking to review "Transcripts from Student Conduct and Accountability Hearings" and "Detailed Records of Anonymous Complaints and

Student Interviews" from VUPD.

15. Plaintiff also requested additional time to review the records that the Registrar's Office had already given him the opportunity to review.

16. On April 29, 2024, Ms. Thompson responded to this second FERPA request and informed Plaintiff that the Student Accountability Office does not transcribe its meetings, and that any additional VUPD records pertaining to Plaintiff that were not used in his academic dismissal or expulsion proceedings are law enforcement records rather than education records.

17. Ms. Thompson also informed Plaintiff that, since he did not use the full 2 hours allotted for him to review the records he requested, the Registrar's Office declined to schedule a second meeting for him to review the same records.

18. VU's response to Plaintiff's FERPA requests was in compliance with my understanding of and experience with FERPA.

I hereby certify that the information contained in this Declaration is true and accurate to the best of my knowledge and ability.

Bart P. Quinet

5/6/2024
Date

## CERTIFICATE OF SERVICE

       I certify that I filed the foregoing DECLARATION OF BART QUINET on the Court's CM/ECF system on this 8th day of May, 2024, which forwarded a copy to:

Mark A. Baugh
Denmark J. Grant

*Attorneys for Defendants Clairise Gamez,*
*Crystal Ritchie, and Marissa Shulruff*

       I certify that the foregoing DECLARATION OF BART QUINET is being sent via electronic mail on this 8th day of May, 2024, to:

Ian Lucas
221 Charleston Avenue
Pleasant View, TN, 37126
(910) 872-3577 (telephone)
lucasianhunter@outlook.com

*Plaintiff Pro Se*

                                            Kevin C. Klein