# EXHIBIT 1



*Office of the Senior Associate Dean for Academics*

December 19, 2023

Ian Hunter Lucas
221 Charleston Ave
Pleasant View, TN 37146-5500

Correspondence sent securely via encrypted email to ian.h.lucas.1@vanderbilt.edu

Dear Ian,

The MN Student Admissions and Academic Progression (SAAP) Committee reviewed your record in its entirety at the end of the fall 2023 semester. I regret to inform you that you are dismissed from Vanderbilt University School of Nursing and the MN Program in compliance with the VUSN Academic Policy.

You earned an F grade in both NURS 5815: Nursing Care of Childbearing Families and NURS 5825: Nursing Care of Adults with Complex Illness, resulting in a semester grade point average of 2.811. According to the academic policies, "Students must earn a B– or higher or Satisfactory/Pass grade in all required courses (including elective courses required within a program of study). If a grade of less than a B- or a grade of Unsatisfactory/Fail is earned, the course must be repeated."

According to the academic policies, "good academic standing is defined as all the following:
- a semester GPA of 3.0 or higher;
- a cumulative GPA of 3.0 or higher;
- all grades B- or higher; and
- all grades Satisfactory."

Further,

**VANDERBILT UNIVERSITY SCHOOL OF NURSING**
461 21st Avenue South  Nashville, TN 37240-1104
www.nursing.vanderbilt.edu  mavis.schorn@vanderbilt.edu
615-343-5876