# EXHIBIT 1



January 12, 2024

Ian Hunter Lucas
221 Charleston Ave
Pleasant View, TN 37146-5500
Correspondence securely sent via encrypted email to ian.h.lucas.1@vanderbilt.edu

Dear Mr. Lucas,

As a past chair of MSN Student Admissions and Academic Affairs Committee (MSN SAAA now known as SAAP), I am the designated appellate reviewer of your petition to review the academic action of dismissal. Your letter requests an appeal due to "academic action that was not applied according to the published academic policies, and additionally, the information that follows is new information that was not reasonably available for the initial presentation to the SAAP Committee and the introduction of this information may affect the committee[']s determination."

These claims fall under the grounds for petition listed on page 73 of the VUSN 2023-2024 Student Handbook, which states that any VUSN student who has been subject to an academic action by the SAAP Committee may petition for a review based on:
"1) The academic action was not applied according to the published academic policies. 2). There was insufficient information to support the determination of the SAAP Committee. 3)New information that was not reasonably available for the initial presentation to the SAAP Committee has been made available, and the introduction of which may affect the Committee's determination." It is my understanding that items 1 and 3 are the grounds on which you are seeking an appeal of the academic action of dismissal from the MN Program.
https://nursing.vanderbilt.edu/students/current/handbook/index.php

First, I would like to address the claim that academic action was not applied according to the published academic policies. In the Fall of 2023, NURS 5815: Nursing Care of Childbearing Families and NURS 5825: Nursing Care of Adults with Complex Illness you did not receive a passing final grade resulting in the failure of these two courses. A failing grade in a pass/fail course is the equivalent of a grade less than B-. Page 71 of the current 2023-2024 VUSN Student Handbook states the following: "The grades Pass/Fail and Satisfactory/Unsatisfactory are not counted toward grade point averages. They are considered in academic performance and progression. A 'Fail' or 'Unsatisfactory' grade is considered the same as a grade less than a B- for the purposes of academic policies." The following academic policy stated on page 72 of the 2023-2024 VUSN Student Handbook was applied: "Students will be dismissed if…A second course grade (such as a repeat course or a second course) is an Unsatisfactory, Fail, or less than a B-". In both NURS 5815 and NURS 5825 (two courses) taken the Fall of 2023, you earned a Failing grade. The policy is straightforward and based on the recorded grades. The academic action of dismissal was appropriately applied according to the aforementioned published academic policies.

Vanderbilt School of Nursing   615-322-4400
461 21st Ave South              nursing.vanderbilt.edu
Nashville, TN 37240



Next, I would like to address the claim that "New information that was not reasonably available for the initial presentation to the SAAP Committee has been made available, and the introduction of which may affect the Committee[']s determination." I have carefully reviewed your letter that highlights events you understand were the reason for the failing grades in both NURS 5815 and NURS 5825. I have also carefully read through your statement of events and the emails you submitted as exhibits for new information that was not available to the SAAP Committee. Both your letter and the exhibits describe experiences that are related to the grades that were ultimately given as final grades. These final grades alone are what the committee bases decisions upon for academic action. The vast and detailed information you have submitted, however compelling, would not have and will not change the action of dismissal by the MSN SAAP Committee because the grades at issue have not changed.

Based on my review, I uphold the academic action of dismissal from VUSN. The MSN SAAP's decision process and policies regarding dismissal were followed. There is no additional information that has been presented that would change the need for the academic action of dismissal.

Sincerely,

*K. Melissa Smith Hayes-DNP, ANP-BC, CHFN*

VUSN Former MSN and DNP SAAA/SAAP Chair.

K. Melissa Smith Hayes, DNP, ANP-BC, CHFN
Assistant Professor of Nursing
Office (615) 936-5181

Vanderbilt School of Nursing   615-322-4400
461 21st Ave South           nursing.vanderbilt.edu
Nashville, TN 37240