**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IAN LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 3:24-cv-00440** |
| | ) | |
| v. | ) | **Judge Waverly Crenshaw** |
| | ) | |
| MARY ANN JESSEE et al., | ) | **Magistrate Judge Newbern** |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING EXHIBIT 1 – IAN LUCAS MN SAAP LETTER & RECEIPT**

Defendants Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Clairise Gamez, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jeffries, Marissa Shulruff, E. Jacob Cummings, Jill Harris, Heather Robbins, Cate Enstrom, Chrystal Ritchie, Angela Weaver, Mary Roy, Michael Fazi, and Feylyn Lewis ("Defendants") jointly provides a Notice of Filing of Exhibit 1 – Ian Lucas's MN SAAP Letter & Receipt to Defendants' Motion to Seal (Doc. 35). A copy of Exhibit 1 is attached hereto.

Respectfully submitted,

s/ *Mark A. Baugh*
Mark A. Baugh (#015779)
Denmark J. Grant (#036808)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
mbaugh@bakerdonelson.com
dgrant@bakerdonelson.com

*Counsel for Defendants Clairise Gamez, Crystal
Ritchie, and Marissa Shulruff*

1

/S Kevin C. Klein
Kevin C. Klein (#23301)
Jeff W. Sheehan (#33534)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
jeff.sheehan@kleinpllc.com

*Counsel for Defendants Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jefferies, E. Jacob Cummings, Jill Harris, Heather Robbins, Cate Enstrom, Angela Weaver, Mary Roy, Michael Fazi, and Feylyn Lewis*

# EXHIBIT 1



December 19, 2023

Ian Hunter Lucas
221 Charleston Ave
Pleasant View, TN 37146-5500

Correspondence sent securely via encrypted email to ian.h.lucas.1@vanderbilt.edu

Dear Ian,

The MN Student Admissions and Academic Progression (SAAP) Committee reviewed your record in its entirety at the end of the fall 2023 semester. I regret to inform you that you are dismissed from Vanderbilt University School of Nursing and the MN Program in compliance with the VUSN Academic Policy.

You earned an F grade in both NURS 5815: Nursing Care of Childbearing Families and NURS 5825: Nursing Care of Adults with Complex Illness, resulting in a semester grade point average of 2.811. According to the academic policies, "Students must earn a B– or higher or Satisfactory/Pass grade in all required courses (including elective courses required within a program of study). If a grade of less than a B- or a grade of Unsatisfactory/Fail is earned, the course must be repeated."

According to the academic policies, "good academic standing is defined as all the following:

- a semester GPA of 3.0 or higher;
- a cumulative GPA of 3.0 or higher;
- all grades B- or higher; and
- all grades Satisfactory."

Further, "students will be dismissed if two course grades are Unsatisfactory, Fail, or less than a B-." (*VUSN Student Handbook 2023-2024,* https://nursing.vanderbilt.edu/students/current/handbook/academic_regulations.php#grading)

In summary, due to two grades less than a B- necessitating two courses to be repeated, your academic record warrants dismissal. Decisions of the MN SAAP committee may be appealed on the grounds and within the time frame set forth in the Appeal Process Policy in effect during the 2023-2024 academic year (*VUSN Student Handbook 2023-2024, https://nursing.vanderbilt.edu/students/current/handbook/academic_regulations.php#appeal*).

Sincerely,

*Mavis N. Schorn*

Mavis Schorn, PhD, APRN, CNM, CNE, FACNM, FNAP, FAAN
Professor and Senior Associate Dean for Academics

cc:    Mary A. Jessee, PhD, MSN, RN, CNE, Assistant Dean for Academics, Generalist Nursing Practice
       Ernie Rushing, PhD, MBA, Associate Dean of Strategic Enrollment
       Sara Donahoe, M. Ed, Assistant University Registrar & Director of Nursing Student Records
       Julie Perry, PhD, MSN, RN, MN SAAP Committee Chair

| | |
|---|---|
| **From:** | Schettler, Carolyn on behalf of Schorn, Mavis |
| **To:** | Lucas, Ian H |
| **Cc:** | Schorn, Mavis; Jessee, Mary Ann; Rushing, Ernie; Donahoe, Sara A; Perry, Julie |
| **Subject:** | MN SAAP Decision Letter - Lucas |
| **Date:** | Tuesday, December 19, 2023 8:41:00 AM |
| **Attachments:** | Lucas_Ian_SAAP Decision Letter_12 19 2023.pdf |

Dear Ian,

The MN Student Admissions and Academic Progression (SAAP) Committee reviewed your academic record at the end of the fall 2023 semester. Please see the attached copy of the SAAP decision letter.

Mavis Schorn, PhD, APRN, CNM, CNE, FACNM, FNAP, FAAN
Professor and Senior Associate Dean for Academics

Assistant: Carolyn Schettler (carolyn.schettler@vanderbilt.edu)

| **From:** | Lucas, Ian H |
|---|---|
| **To:** | Schettler, Carolyn |
| **Subject:** | Read: MN SAAP Decision Letter - Lucas |
| **Date:** | Tuesday, December 19, 2023 5:59:57 PM |

Your message
  To: Lucas, Ian H
  Subject: MN SAAP Decision Letter - Lucas
  Sent: Tuesday, December 19, 2023 8:41:34 AM (UTC-06:00) Central Time (US & Canada)
was read on Tuesday, December 19, 2023 5:59:49 PM (UTC-06:00) Central Time (US & Canada).

| **From:** | Microsoft Outlook |
| **To:** | Lucas, Ian H |
| **Subject:** | Delivered: MN SAAP Decision Letter - Lucas |
| **Date:** | Tuesday, December 19, 2023 8:42:03 AM |
| **Attachments:** | MN SAAP Decision Letter - Lucas.msg |

Your message has been delivered to the following recipients:

Lucas, Ian H (ian.h.lucas.1@Vanderbilt.Edu) <mailto:ian.h.lucas.1@Vanderbilt.Edu>
Subject: MN SAAP Decision Letter - Lucas