UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>MARY ANN JESSEE, et al.,<br><br>Defendants. | Case No. 3:24-cv-00440<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Defendants have requested a seven-day extension of the deadline to respond to pro se Plaintiff Ian Lucas's motion for a preliminary injunction. (Doc. No. 36.) Lucas opposes the requested extension or, in the alternative, asks that the Court grant an extension of fewer than seven days. (Doc. No. 38.) This motion has been referred to the Magistrate Judge for decision. (Doc. No. 42.)

Having reviewed the parties' arguments, the Court finds that Defendants have articulated sufficient good cause to warrant the requested brief extension. The Defendants' motion (Doc. No. 36) is GRANTED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge