UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS,<br><br>    Plaintiff,<br><br>v.<br><br>MARY ANN JESSEE, et al.,<br><br>    Defendants. | Case No. 3:24-cv-00440<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

This matter has been referred to the Magistrate Judge to address, among other issues, "whether Mr. Lucas seeks to amend the complaint, whether any discovery is necessary, deadlines for the parties' briefs, and target dates for a preliminary injunction hearing." (Doc. No. 42.) A telephonic case management conference is set May 22, 2024 at 2:30 p.m. The parties shall call (888) 557-8511 and enter access code 7819165# to participate.

All deadlines to respond to pending motion are STAYED and will be addressed at the case management conference. Lucas shall address the outstanding issue regarding his operative pleading by the May 16, 2024 deadline set by Judge Crenshaw.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge