UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS,<br><br>    Plaintiff,<br><br>v.<br><br>MARY ANN JESSEE, et al.<br><br>    Defendants. | Case No. 3:24-cv-00440<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The undersigned Magistrate Judge held a telephone conference with pro se Plaintiff Ian Hunter Lucas and counsel for the named defendants in this action on May 22, 2024. For the reasons discussed in the conference, and with the agreement of the parties, the Court ORDERS as follows:

Lucas shall file an amended motion to amend his complaint accompanied by a proposed amended pleading by June 5, 2024. Defendants shall file any response in opposition to Lucas's motion no later than 14 days after service of the motion. Lucas may file an optional reply brief no later than 7 days after service of the response.

All other responsive deadlines remain STAYED until the Court has addressed Lucas's anticipated motion to amend the complaint.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge