UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS,<br><br>    Plaintiff,<br><br>v.<br><br>MARY ANN JESSEE, et al.<br><br>    Defendants. | Case No. 3:24-cv-00440<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

I recuse myself from further proceedings in this matter. The Clerk's Office is DIRECTED to assign this case to a different Magistrate Judge by random selection.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge