UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

------------------------------X

| | | |
|---|---|---|
| IAN HUNTER LUCAS, *pro se* | : | 3:24-cv-00440 |
| *Plaintiff(s)*, | : | |
| v. | : | Judge Waverly D. Crenshaw, Jr |
| | | Magistrate Judge Jeffery S. Frensley |
| MARY ANN JESSEE et al. | : | |
| *Defendant(s)*. | : | |

------------------------------X

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT/ THIRD AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 15

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff, through their attorneys, respectfully moves to amend their Complaint. In support, Plaintiff submits Plaintiff's Memorandum of Law dated May 30, 2024, which is being filed contemporaneously with this motion, and Plaintiff's Affidavit in Support of Motion to Amend, which is being filed contemporaneously with this motion, and the Third Amended Complaint, which is being filed contemporaneously with this motion.

DATED this 30th day of May 2024, with all rights of Ian Hunter Lucas explicitly reserved

Respectfully Submitted,

*[signature]*

Ian Hunter Lucas
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01, I hereby certify that on May 29, 2024, I, counsel for the moving party, conferred with opposing counsel in a good faith effort to resolve the issues raised by this motion. However, opposing counsel opposes the relief requested in this motion.

/s/ **Ian Hunter Lucas**

_____

Ian Hunter Lucas
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577

Email: LucasIanHunter@outlook.com

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to File an Amended Complaint and any accompanying documents were served by Court's CM/ECF system, which automatically forwarded a copy to the following counsel of record

/s/ Ian Hunter Lucas

_____

Ian Hunter Lucas
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577

Email: LucasIanHunter@outlook.com

## SERVICE LIST

Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760

*Attorneys for Defendants Clairise Gamez, Crystal Ritchie, and Marissa Shulruff*

Mark A. Baugh, BPR No. 015779
(See above for Address and Contact Information)
*Attorney to be Noticed: Daniel Diermeier, Tracey George, Cybele Raver, Melanie Lowe, Timothy Garrett, Maja A. Hartzell, Ernie Rushing, Sara Donahoe, Terry Walker, K. Melissa Smith Hayes, Nancy Wise, Lacey Cross, Monika Do, Carrie Plummer, Ellen Schoen, Judson Smith, Jessica*

*Wellette, Melanie Morris, Robingale Panepinto, Melissa Lord, Brittany Kirby, and Shannon Ellrich*

Kevin C. Klein (#23301)
Jeffrey W. Sheehan (#33534)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
*Attorneys for Defendants: Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jefferies, E. Jacob Cummings, Jill Harris,*

*Heather Robbins, Cate Enstrom, Angela Weaver, Mary Roy, Michael Fazi, and Feylyn Lewis*