# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE NASHVILLE

| | | |
|---|---|---|
| IAN HUNTER LUCAS, *pro se* | : | **3:24-cv-00440** |
| *Plaintiff(s)*, | : | |
| v. | : | Judge Waverly D. Crenshaw, Jr |
| | | Magistrate Judge Jeffery S. Frensley |
| MARY ANN JESSEE et al., | : | |
| *Defendant(s)*. | : | |

## PLAINTIFF 'S MOTION/ TO STRIKE DOC NO. 41, 54, 55, 56, FROM THE PLEADINGS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(f)

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff, pro se, respectfully moves to strike from the pleadings, Doc. No. 54 (Motion to Seal), Doc. No. 55 (Motion to File Document Under Seal), and Doc. No. 56 (Change in Venue). Doc. No. 54 (Motion to Seal) and Doc. No. 55 (Motion to File Document Under Seal) were intended to be filed by the Plaintiff through the CE/ECF system; unfortunately, a technical error prevented the Plaintiff from successfully filing a document under seal. Therefore, Plaintiff will file this motion for an in-camera review and the proposed sealed document at the clerk's window.

Doc. No. 56 (Change in Venue) appears to have encountered a technical error during upload. In order to ensure the integrity of the court records and the fairness of the proceedings, Plaintiff respectfully requests that Doc. No. 56 be stricken. A corrected motion will be promptly submitted at the clerk's window or uploaded as appropriate.

DATED this 30th day of May 2024, with all rights of Ian Hunter Lucas explicitly reserved

Respectfully Submitted,

_____
Ian Hunter Lucas| Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to File an Amended Complaint and any accompanying documents were served by Court's CM/ECF system, which automatically forwarded a copy to the following counsel of record

**/s/ Ian Hunter Lucas**
_____
Ian Hunter Lucas | Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

## SERVICE LIST

Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760
*Attorneys for Defendants Clairise Gamez, Crystal Ritchie, and Marissa Shulruff*

Mark A. Baugh, BPR No. 015779
(See above for Address and Contact Information)
*Attorney to be Noticed: Daniel Diermeier, Tracey George, Cybele Raver, Melanie Lowe, Timothy Garrett, Maja A. Hartzell, Ernie Rushing, Sara Donahoe, Terry Walker, K. Melissa Smith Hayes, Nancy Wise, Lacey Cross, Monika Do, Carrie Plummer, Ellen Schoen, Judson Smith, Jessica Wellette, Melanie Morris, Robingale Panepinto, Melissa Lord, Brittany Kirby, and Shannon Ellrich*

Kevin C. Klein (#23301)
Jeffrey W. Sheehan (#33534)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
*Attorneys for all other defendants*