UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE NASHVILLE

--------------------------------- X
IAN HUNTER LUCAS, *pro se* : **3:24-cv-00440**
                     *Plaintiff(s)*, :
                 v. : Judge Waverly D. Crenshaw, Jr
                          Magistrate Judge Jeffery S. Frensley
MARY ANN JESSEE et al., :
                     *Defendant(s)*. :
--------------------------------- X

## PLAINTIFF'S MOTION TO TRANSFER CASE TO THE WESTERN OR EASTERN DISTRICT UNDER 28 U.S.C. §§ 1404 AND 1406

     Pursuant to 28 U.S.C. §§ 1404 and 1406, Plaintiff Ian Hunter Lucas, pro se, respectfully moves to transfer this case to the United States District Court for the Western District of Tennessee or the Eastern District of Tennessee. The grounds for this motion are based on the fact that all district judges and magistrate judges in the Middle District of Tennessee are graduates of Vanderbilt University and/or have had significant roles or tenures at Vanderbilt University, thus creating a potential bias against the Plaintiff. In support, Plaintiff submitted his Memorandum of Law dated May 30, 2024, which is being filed contemporaneously with this motion, along with the accompanying Declaration of Ian Hunter Lucas.

     PLEASE TAKE NOTICE that Plaintiff Ian Hunter Lucas will move this Court pursuant to the aforementioned statutes and rules, before the Honorable Waverly D. Crenshaw, Jr., United States District Court for the Middle District of Tennessee, at the United States District Courthouse, Nashville, Tennessee, on a date and time to be determined by the Court, for an Order granting Plaintiff's motion to transfer this case to the Western District of Tennessee or the Eastern District of Tennessee, and for other and further relief as the Court deems just and proper.

Dated this 30th day of May 2024.

_____

Ian Hunter Lucas| Plaintiff Pro Se

221 Charleston Avenue

Pleasant View, Tennessee, 37146

Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to File an Amended Complaint and any accompanying documents were served by Court's CM/ECF system, which automatically forwarded a copy to the following counsel of record

## SERVICE LIST

Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760
*Attorneys for Defendants Clairise Gamez, Crystal Ritchie, and Marissa Shulruff*

Mark A. Baugh, BPR No. 015779
(See above for Address and Contact Information)
*Attorney to be Noticed: Daniel Diermeier, Tracey George, Cybele Raver, Melanie Lowe, Timothy Garrett, Maja A. Hartzell, Ernie Rushing, Sara Donahoe, Terry Walker, K. Melissa Smith Hayes, Nancy Wise, Lacey Cross, Monika Do, Carrie Plummer, Ellen Schoen, Judson Smith, Jessica Wellette, Melanie Morris, Robingale Panepinto, Melissa Lord, Brittany Kirby, and Shannon Ellrich*

Kevin C. Klein (#23301)
Jeffrey W. Sheehan (#33534)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780

*Attorneys for all other defendants*  Respectfully,

/s/ Ian Hunter Lucas
_____
Ian Hunter Lucas | Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

3
Case 3:24-cv-00440    Document 62    Filed 05/30/24    Page 3 of 3 PageID #: 1427