UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

----------------------------------X
IAN HUNTER LUCAS, *pro se*   :   3:24-cv-00440

    *Plaintiff(s)*,   :

    v.   :   Judge Waverly D. Crenshaw, Jr

      :   Magistrate Judge Jeffery S. Frensley

MARY ANN JESSEE et al.   :

    *Defendant(s)*.   :
----------------------------------X

**PLANTIFFS MOTION TO ASCERTAIN STATUS OF PENDING MOTIONS**
**DOC NO. [31] MOTION TO COMPEL ADR/MEDIATION,**
**[44] MOTION FOR RECONSIDERATION, [48] MOTION FOR HEARING,**
**[62] MOTION TO CHANGE VENUE.**

In accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Tennessee Nashville Division, specifically LR7.01(c), Plaintiff Ian Hunter Lucas, pro se, respectfully submits this Motion to Ascertain the Status of Pending Motions, including but not limited to Doc No. [31] Motion to Compel ADR/Mediation, [44] Motion for Reconsideration, [48] Motion for Hearing, and [62] Motion to Change Venue.

**Statement of Reasons**

1. In accordance with the Plaintiff, Ian Hunter Lucas, urgent need for resolution and clarity regarding the status of the pending motions, specifically Doc No. [31] Motion to Compel ADR/Mediation, [44] Motion for Reconsideration, [48] Motion for Hearing, and [62] Motion to Change Venue, the Plaintiff submits this Statement of Reasons to the United States District Court for the Middle District of Tennessee, Nashville Division. The expedited disposition of these motions is imperative for several reasons:

a. Timely resolution is essential to facilitate the Plaintiff's preparation for trial and other critical stages of litigation, ensuring that all parties have adequate time to prepare their cases effectively.

b. The uncertainty surrounding the status of these motions impedes the Plaintiff's ability to make informed decisions and strategize accordingly, potentially disadvantaging the Plaintiff in the litigation process.

c. An expedited decision on the Motion to Compel ADR/Mediation could significantly influence the course of the litigation, potentially leading to an earlier resolution of the dispute without the need for a trial.

d. Addressing the Motion for Reconsideration and the Motion for Hearing promptly could clarify important legal and procedural issues, contributing to a more efficient and fair litigation process.

e. The Motion to Change Venue has implications for the logistical and financial aspects of the litigation, affecting both parties' ability to participate fully and fairly in the proceedings.

2. Therefore, the Plaintiff respectfully requests that the Court prioritize the review and disposition of these pending motions to facilitate a fair, efficient, and expeditious litigation process.

**Request for Status Update**

3. Pursuant to the proceedings before the United States District Court for the Middle District of Tennessee Nashville Division, the Plaintiff, Ian Hunter Lucas, hereby requests an update on the status of all pending motions previously filed, including but not limited to:

a. Motion to Compel ADR/Mediation (Doc. No. 31)

   b. Motion for Reconsideration (Doc. No. 44)

   c. Motion for Hearing (Doc. No. 48)

   d. Motion to Change Venue (Doc. No. 62)

4. This request seeks to ascertain any anticipated timelines for decisions on these matters. It is understood that the Motion to Compel Mediation (Doc. No. 31) has been addressed as part of His Honor Waverly D. Crenshaw, Jr., United States District Judge's Memorandum Opinion and Order on 05/09/2024. Furthermore, this matter has been referred to the Magistrate Judge to address, among other issues, whether any discovery is necessary, deadlines for the parties' briefs, and target dates for a preliminary injunction hearing, as detailed in Doc. No. 42.

5. The Plaintiff respectfully requests that the Court provide updates on the status of these motions to facilitate the ongoing litigation process and ensure timely resolution of the pending matters.

**Request for Expedited Consideration**

6. Pursuant to the interests of judicial efficiency and fairness, and recognizing the significant impact that the resolution of the pending motions, specifically DOC NO. [31] MOTION TO COMPEL ADR/MEDIATION, [44] MOTION FOR RECONSIDERATION, [48] MOTION FOR HEARING, and [62] MOTION TO CHANGE VENUE, may have on the progression of this case, **IAN HUNTER LUCAS** respectfully requests that the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION consider granting expedited consideration and disposition of these

motions. This request is made considering the necessity to advance the proceedings in a manner that is both efficient and equitable for all parties involved, including **MARY ANN JESSEE et al.**

### Assertion of Interest

7.      Pursuant to the jurisdiction of the United States District Court for the Middle District of Tennessee, Nashville Division, the Plaintiff, Ian Hunter Lucas, asserts that an expedited disposition of the pending motions, specifically Doc No. [31] Motion to Compel ADR/Mediation, [44] Motion for Reconsideration, [48] Motion for Hearing, and [62] Motion to Change Venue, is in the best interest of all parties involved, including the Defendants, MARY ANN JESSEE et al. This assertion is made with the belief that such expedited disposition will significantly contribute to the orderly and efficient administration of justice.

### Conclusion

8.      In conclusion, Plaintiff Ian Hunter Lucas respectfully requests that the United States District Court for the Middle District of Tennessee, Nashville Division, provide an update on the status of the pending motions, specifically Doc No. [31] Motion to Compel ADR/Mediation, [44] Motion for Reconsideration, [48] Motion for Hearing, and [62] Motion to Change Venue. Further, the Plaintiff seeks the Court's consideration for expedited consideration and disposition of these motions. This request is made in the interest of justice and the efficient progression of this case.

Respectfully submitted,

/s/ Ian Lucas

Ian H. Lucas
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Cell: 629-210-8215
Personal Email: <u>lucasianhunter@outlook.com</u>

DATED this ___3rd___ day of _____JUNE_____, 2023. with all rights of Ian Hunter Lucas explicitly reserved.

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2024, the foregoing **MOTION TO ASCERTAIN STATUS** was filed with the Court's CM/ECF system, which automatically forwarded a copy to the following counsel of record:

Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760
*Attorneys for Defendants Clairise Gamez, Crystal Ritchie, and Marissa Shulruff*

Mark A. Baugh, BPR No. 015779
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760
*Attorney to be Noticed: Daniel Diermeier, Tracey George, Cybele Raver, Melanie Lowe, Timothy Garrett, Maja A. Hartzell, Ernie Rushing, Sara Donahoe, Terry Walker, K. Melissa Smith Hayes, Nancy Wise, Lacey Cross, Monika Do, Carrie Plummer, Ellen Schoen, Judson Smith, Jessica Wellette, Melanie Morris, Robingale Panepinto, Melissa Lord, Brittany Kirby, and Shannon Ellrich*

Kevin C. Klein (#23301)
Jeffrey W. Sheehan (#33534)
**KLEIN SOLOMON MILLS, PLLC**
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
*Attorneys for Defendants: Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jefferies, E. Jacob Cummings, Jill Harris, Heather Robbins, Cate Enstrom, Angela Weaver, Mary Roy, Michael Fazi, and Feylyn Lewis*

Respectfully submitted,

**/s/ Ian Hunter Lucas**
Ian Hunter Lucas
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

6