UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE NASHVILLE

———————————————————————— X

| | | |
|---|---|---|
| IAN HUNTER LUCAS, *pro se* | : | **3:24-cv-00440** |
| *Plaintiff(s),* | : | |
| v. | : | Judge Waverly D. Crenshaw, Jr |
| | | Magistrate Judge Jeffery S. Frensley |
| VANDERBILT UNIVERSITY, | : | |
| *Defendant(s).* | : | |

———————————————————————— X

## MOTION TO AMEND CASE CAPTION

Pursuant to the unopposed Stipulation of Dismissal Without Prejudice of Individual Defendants and Vanderbilt School of Nursing, Plaintiff, Ian Hunter Lucas, pro se, hereby moves this Honorable Court for an order to amend the case caption to reflect the dismissal of the Individual Defendants and to name Vanderbilt University as the sole Defendant in this action.

This motion is made following the parties' stipulation, which reflects the dismissal without prejudice of all claims against the Individual Defendants and Vanderbilt School of Nursing, thereby simplifying the issues before the Court and focusing the litigation on the remaining party, Vanderbilt University.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Amend the Case Caption to reflect "Ian Hunter Lucas v. Vanderbilt University" as the title of this action.

Dated this 4th day of June, 2024.

Respectfully submitted, with all rights reserved by Ian H. Lucas



Ian H. Lucas
Plaintiff *Pro Se*
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Amend Case Caption was served by the Court's CM/ECF system, which automatically forwarded a copy to the counsel of record for Defendants.

## SERVICE LIST

Mark A. Baugh, BPR No. 015779
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760
*Attorneys for Defendant Vanderbilt University*


Kevin C. Klein (#23301)
Jeffrey W. Sheehan (#33534)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780

*Attorney for Defendant Vanderbilt University*

    *Respectfully,*


**/s/ Ian Hunter Lucas**
_____
Ian H. Lucas
Plaintiff *Pro Se*
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com