# **EXHIBIT A**

# CONFIDENTIALITY FLAG

LAST NAME: *Lucas*
FIRST: *Ian*
MIDDLE: *Hunter*

I hereby request that:

__IHL__ a CONFIDENTIALITY FLAG be *placed* on my student education record. I understand that this will prevent the release of direct information regarding my attendance at the University to any person, staff, faculty, or individuals inquiring, with exception to myself, or except in accordance with the Family Educational Rights and Privacy Act of 1974 or as amended and ordered through the court. I further understand that this action is effective from this date forward and can only be removed upon my written request.

Dated: *JUNE 14, 2024*
SIGNATURE:

_____
*Ian H. Lucas*