UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN LUCAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:24-cv-00440 ) |
| MARY ANN JESSEE, et al., | ) ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal without Prejudice (Doc. No. 65) with regard to Mary Ann Jessee, Michelle Tellock, Joel Newsome, Melissa Porter, G.L. Black, Clairise Gamez, Neil Jamerson, Jeremy Bourgoin, Mavis Schorn, Pamela Jefferies, Marissa Shulruff, E. Jacob Cummings, Jill Harris, Heather Robbins, Cate Enstrom, Crystal Ritchie, Angela Weaver, Mary Roy, Michael Fazi and Feylyn Lewis and the Vanderbilt University School of Nursing. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, against the above defendants. Claims against the Vanderbilt University are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE