# EXHIBIT A

**EXHIBIT A**
**Case Name:** LUCAS v. The VANDERBILT UNIVERSITY
**Case Number:** 3:24-cv-440
**Court:** U.S. District Court-
Middle District Of Tennessee Nashville

**Title of Exhibit:** Declaration by Ian Hunter Lucas, Plaintiff Pro Se

**Description:**
This exhibit contains the Declaration by Ian Hunter Lucas, Plaintiff Pro Se. The declaration includes statements affirming the truth and accuracy of the information provided in the accompanying motion and other related documents. It also outlines the plaintiff's right to seek legal counsel and transfer representation, the acknowledgment of preparing documents without the consultation of a licensed attorney, and the understanding of the penalties for false statements.

**Submitted by:**
**/s/ Ian Hunter Lucas**

*Electronic Signature*

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com
Date: July 3, 2024

This cover sheet provides an organized and clear presentation for the exhibit titled "Declaration by Ian Hunter Lucas, Plaintiff Pro Se," ensuring that all relevant information is included.

## DECLARATION BY THE PLAINTIFF

I, **Ian Hunter Lucas**, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1. I, Ian Hunter Lucas, acknowledge that while I am currently representing myself pro se in this action, I reserve the right to seek legal counsel at any point during the proceedings. Furthermore, I understand that I have the option to transfer representation to a licensed attorney should I decide to do so in the future. This decision will not affect the validity of any filings or representations I have made while acting pro se.
2. I declare under penalty of perjury, in my best understanding and legal interpretation of this meaning, outside the legal consultation and assistance of a licensed attorney, due to not being able to find consultation. While I strive for accuracy and completeness, I acknowledge that there may be legal nuances or procedural intricacies that I am not fully aware of. All statements made in the accompanying motion and all documents referred to therein are true and accurate to the best of my knowledge and belief.
3. I have not been influenced by any other party in the preparation and filing of this motion.
4. I, Ian Hunter Lucas, declare under penalty of perjury, in my best understanding and legal interpretation of this meaning outside the legal consultation and assistance of a licensed attorney, that the foregoing is true and correct to the best of my knowledge, information, and belief. I understand that false statements made in this declaration may be subject to severe penalties, including but not limited to fines, imprisonment, and other legal consequences as provided by law. I am fully aware that any intentional misrepresentation or deceit in my statements can lead to prosecution and significant legal repercussions.

Executed on July 3, 2024

Respectfully submitted,

*/s/ Ian Lucas*

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

Date: July 3, 2024
All Rights Reserved

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Tennessee using the CM/ECF system, which will send notification of such filing to all registered participants.

Respectfully submitted,

**/s/ Ian Hunter Lucas**
*Electronic Signature*
_____

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

Date: July 3, 2024
All Rights Reserved
_____

## Pro Se Disclaimer

I, Ian Hunter Lucas, am representing myself pro se in this legal matter. I am not a licensed attorney, and the documents I have prepared and submitted are based on my own understanding and review of the law. I declare under penalty of perjury, in my best understanding and legal interpretation of this meaning, outside the legal consultation and assistance of a licensed attorney, due to not being able to find consultation. While I strive for accuracy and completeness, I acknowledge that there may be legal nuances or procedural intricacies that I am not fully aware of.

As a pro se litigant, I reserve the right to seek legal counsel and transfer representation to a licensed attorney at any point during the proceedings. This decision will not affect the validity of any filings or representations I have made while acting pro se. I understand that any inaccuracies or errors in my filings are my responsibility, and I am subject to the same legal standards and rules as licensed

**/s/ Ian Hunter Lucas**
*Electronic Signature*
_____

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

Date: July 3, 2024
All Rights Reserved