# EXHIBIT B

**EXHIBIT B**
**Case Name:** LUCAS v. The VANDERBILT UNIVERSITY
**Case Number:** 3:24-cv-440
**Court:** U.S. District Court-
Middle District of Tennessee Nashville

**Title of Exhibit:** Publication by Vanderbilt University: "The Honorable Waverly D. Crenshaw, Jr., BA'78, JD'81, Receives 2024 Distinguished Service Award"

**Description:**
This exhibit includes a publication by Vanderbilt University titled "The Honorable Waverly D. Crenshaw, Jr., BA'78, JD'81, Receives 2024 Distinguished Service Award." The publication highlights the achievements and recognition of The Honorable Waverly D. Crenshaw, Jr., and provides context relevant to the ongoing case.

**Submitted by:**
**/s/ Ian Hunter Lucas**
*Electronic Signature*

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com
Date: July 3, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Tennessee using the CM/ECF system, which will send notification of such filing to all registered participants.

Respectfully submitted,

**/s/ Ian Hunter Lucas**
*Electronic Signature*
_____

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

Date: July 3, 2024
All Rights Reserved
_____

**Pro Se Disclaimer**

I, Ian Hunter Lucas, am representing myself pro se in this legal matter. I am not a licensed attorney, and the documents I have prepared and submitted are based on my own understanding and review of the law. I declare under penalty of perjury, in my best understanding and legal interpretation of this meaning, outside the legal consultation and assistance of a licensed attorney, due to not being able to find consultation. While I strive for accuracy and completeness, I acknowledge that there may be legal nuances or procedural intricacies that I am not fully aware of.

As a pro se litigant, I reserve the right to seek legal counsel and transfer representation to a licensed attorney at any point during the proceedings. This decision will not affect the validity of any filings or representations I have made while acting pro se. I understand that any inaccuracies or errors in my filings are my responsibility, and I am subject to the same legal standards and rules as licensed

**/s/ Ian Hunter Lucas**
*Electronic Signature*
_____

IAN HUNTER LUCAS
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, Tennessee, 37146
Phone: (910) 872-3577
Email: LucasIanHunter@outlook.com

Date: July 3, 2024
All Rights Reserved



Law School

# The Honorable Waverly D. Crenshaw, Jr., BA'78, JD'81, Receives 2024 Distinguished Service Award



Vanderbilt

Apr 25, 2024, 9:52 AM

Share



Waverly Crenshaw, a Nashville native, is Chief Judge of the U.S. District Court for the Middle District of Tennessee. He earned his undergraduate and law degrees from Vanderbilt and was on the staff of the *Vanderbilt Journal of Transnational Law* during law school. After graduating he clerked for the Chancery and Probate Court in Nashville and then for U.S. District Court Judge John T. Nixon (1982–84). He later served as an assistant attorney general for Tennessee (1984–87), responsible for consumer protection, charitable solicitation, and antitrust litigation.

He moved to private practice in 1987, joining a small labor and employment firm that represented workers and the United Mine Workers of America, and gained deep experience in federal labor laws. In 1990, Waverly joined the large Nashville law firm Waller Lansden Dortch & Davis as an associate and became a partner in

1994. He was the first African American attorney and equity partner at the firm, serving on its board and compensation committee and as a practice group leader. "Waverly has done a tremendous job for us," said William M. Leech Jr., former Tennessee Attorney General and senior partner at Waller Lansden, at the time Waverly was named a partner. "He was a unanimous choice." His focus on federal civil litigation continued, but over time his practice evolved from representing employees and employers to primarily representing businesses in labor and employment matters. He represented companies in a wide variety of industries—such as healthcare, telecommunications, insurance, automotive, pharmacy, real estate, religious organizations and public utilities—in all aspects of labor and employment law.

In 2015, Waverly was nominated to the federal court by President Barack Obama and was confirmed unanimously by the U.S. Senate on April 11, 2016. He became chief judge in 2017.

He left his firm practice for the bench, in part, because he wanted to give back to his community, and he continues to do that in many ways. Waverly has served as legal counsel to numerous nonprofit organizations including the Nashville Chamber of Commerce, Nashville Bar Association, National Museum of African American Music, and the Nashville Convention and Visitors Corp. He has also served on the advisory boards of the YWCA, the Tennessee Independent Colleges and Universities Association, Metro Nashville Hospital Authority, Boys and Girls Clubs of Middle Tennessee and others. His many awards include the 2022 Legend of Nashville Award from 100 Black Men of Middle Tennessee, the 2017 Diversity Award from the Community Foundation of Nashville and the 2016 Distinguished Alumni Award from the Nashville Public Education Foundation.

Waverly has also served on the Law School Board of Advisors and as a lecturer, panelist, adviser and mentor to our students. He has provided meaningful support of scholarships for Vanderbilt law students. His dedication to Vanderbilt Law School has been unwavering for years, and he has contributed to its advancement with his service.

Explore Story Topics

Explore Story Topics

Alumni

## Keep Reading



Roy Herron, JD'79, MDiv'80, Former Democratic Lawmaker Known As "A Champion For Rural Tennesseans," Dead At 69



2023 Reunion Committee Members And Student Ambassadors



Remembering John Roe '72



Academic Programs

Clinics

Diversity, Equity, and Community

Faculty Directory

For Employers

Alumni

Library

Calendar

Visit VLS

Dare to Grow

Give Now

Address and Contact Info: 131 21st Ave. South
Nashville, TN 37203-1181
615-322-2615, Contact Us

Vanderbilt University's Online Privacy Notice

     

Vanderbilt University is committed to the principle of equal opportunity. Vanderbilt University does not discriminate against individuals on the basis of their race, sex, sexual orientation, gender identity, religion, color, national or ethnic origin, age, disability, military service, or genetic information in its administration of educational policies, programs, or activities; admissions policies; scholarship and loan programs; athletic or other University-administered programs; or employment. Accessibility information. Vanderbilt®, Vanderbilt University® and the Vanderbilt logos are trademarks of The Vanderbilt University. Site Development: Digital Strategies (Communications and Marketing.) © 2024