# United States Court of Appeals for the Sixth Circuit Notice of Docket Activity 24-5516 In re: Ian Lucas "notification"

## Ian Lucas <lucasianhunter@outlook.com>
Wed 7/10/2024 3:35 PM

To: jp.horton@kleinpllc.com <jp.horton@kleinpllc.com>;kevin.klein@kleinpllc.com <kevin.klein@kleinpllc.com>

## The following transaction was filed on 07/10/2024

| | |
|---|---|
| **Case Name:** | In re: Ian Lucas |
| **Case Number:** | 24-5516 |
| **Document(s):** | Document(s) |

**Docket Text:**
NOTIFICATION filed by Mr. Ian Hunter Lucas regarding Notice of Application to Circuit Justice. Certificate of Service: 07/10/2024. (SSS)

**Notice will be electronically mailed to:**

Mr. Ian Hunter Lucas: lucas.ian.h@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** notification
**Original Filename:** 24-5516 Notice of Application to Circuit Justice_.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105031299 [Date=07/10/2024] [FileNumber=7195349-0]
[b3b633075e65700ba743da8cb4c3ed8d38d577cb009f639aae0a814b1b1a2b21436686b73e717fe6c9ee1941428
5527fb122868fbbde48a38c12d8f591457ac4]]

Case 3:24-cv-00440    Document 77    Filed 07/10/24    Page 1 of 1 PageID #: 1575