UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE NASHVILLE

------------------------------X

| | | |
|---|---|---|
| IAN HUNTER LUCAS, | : | Case No. 3:24-cv-00440 |
| *Plaintiff*, | : | |
| | | *District Judge* |
| | | Hon. Waverly D. Crenshaw, Jr. |
| v. | : | |
| THE VANDERBILT UNIVERSITY, | : | *Magistrate Judge* |
| | | Hon. Jeffrey S. Frensley |
| *Defendant*. | : | |

------------------------------X

## CERTIFICATE OF EX PARTE FILING

I, Ian H. Lucas, hereby certify that this filing was made with the court on an ex parte basis due to the urgent nature of the request and the immediate and irreparable harm that could result to me if the relief sought is not granted before the Respondent can be heard. Given the circumstances outlined in my motion for a temporary restraining order and/or preliminary injunction, it is imperative that the Court reviews and, if deemed appropriate, grants the requested relief without the usual notice to the opposing party. This approach is justified by the need to prevent the imminent and substantial harm that delay in the provision of relief could cause.

This certificate accompanies my motion for a temporary restraining order and/or preliminary injunction against The Vanderbilt University, seeking immediate judicial intervention to halt the enforcement of my expulsion pending a thorough and impartial review of my case.

In accordance with the relevant federal rules and the practices of the U.S. District Court for the Middle District of Tennessee, I understand the obligations and implications of seeking ex parte relief and assert that this filing is made in good faith and not for the purpose of undue advantage or to cause unnecessary harm or burden to the Respondent.

I further certify that a copy of this motion and accompanying documents will be served upon the Respondent in a manner prescribed by law at the earliest possible time, consistent with the Court's directions and the exigencies of this situation.

Respectfully Submitted, on July 11, 2024

**/S/ Ian H. Lucas** *Electronically Signed*

Respectfully Submitted

Dated this __**11th**__ day of ___**July**_____, 2024.

**/S/ Ian H. Lucas**

*Electronically Signed*
Ian H. Lucas
*Plaintiff Pro Se*
221 Charleston Avenue
Pleasant View, TN, 37216-5500
Phone: 910-872-3577
Email: lucasianhunter@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully Submitted
Dated this **11th** day of *July* 2024.

**S/ Ian H. Lucas**

*Electronically Signed*
Ian H. Lucas
Plaintiff Pro Se
221 Charleston Avenue
Pleasant View, TN, 37216-5500
Phone: 910-872-3577
Email: lucasianhunter@outlook.com