Dear Jeremy Bourgoin,

My name is Ashley Strausser and I am a Master of Nursing student at Vanderbilt University School of Nursing. I am writing to you as a character reference regarding student conduct for my friend and classmate Ian Lucas. I have spent numerous hours with Ian in clinical rotations, in-person classes, and time together outside of school. While spending time with Ian, I have always felt safe and had an understanding that Ian is the kind of friend that will do anything to help anyone in any way that he can. Whether it's lending a listening ear during difficult times or supporting myself and other classmates when there were moments of uncertainty, we knew that Ian was someone that we could depend on. Knowing that I had such a kind-hearted person by my side throughout this program truly enriched my school experience. If there is anything else that you may need from me, I will have my contact information listed below.

Sincerely,

Ashley Strausser
ashley.strausser@vanderbilt.edu