February 29th, 2024

To Whom It May Concern,

I am writing to provide a character reference for Ian Lucas a fellow nursing school student and a close friend of mine. Throughout our time together in nursing school, I have had the privilege of getting to know Ian on both a personal and professional level.

During new student admittance day, Ian was the first person to speak to me. Through that conversation he assisted a stranger who had just drove 11 and ½ hours from their home state with finding the best prices and places to live. From that initial experience, Ian showed me compassion and kindness, which made more eager to be a student at Vanderbilt.

Through the program, I have seen the remarkable dedication to patient care that Ian processes. He consistently demonstrates a strong work ethic, taking on challenges with enthusiasm and a determination to succeed. Even though Ian may not feel well due to his chronic illness Ian still shows up and positivity impacts the people around him. His passion for helping others is evident in every interaction he has with patients, and fellow students. He approaches each task with compassion, empathy, and a genuine desire to make a positive difference in people's lives.

In addition to his academic achievements and personal achievements, Ian exhibits excellent leadership skills. He is always willing to collaborate, express concerns, and educate fellow students on topics he knows. He communicates effectively and respectfully, fostering an environment of trust and cooperation among peers.

Beyond his professional qualities, Ian Lucas is an advocate. He demonstrates reliability, and is incredibly supportive and empathetic, always ready to lend a listening ear or offer words of encouragement to those in need. His efforts to provide equity within our program has vast helped numerous of people including myself.

In summary, I urge you to consider the entirety of Ian Lucas's character and contributions to Vanderbilts School of Nursing community. I sincerely hope that you will take my words into consideration when evaluating his situation.

Please feel free to contact me via email if you require any further information.

Sincerely,

Lashae Hanna