

Emeritus Staff Center
Plummer Building, North 10
200 First Street, SW
Rochester, Minnesota 55905
507-284-2691

February 27, 2024

Re: Letter of Recommendation for LT Ian Lucas

To whom it may concern:

I am writing to confirm LT Ian Lucas' dedication to "the care and best interest of others and betterment of the community," in his commitment to the people of the State of Tennessee and in particular to his dedication to serving those in need in our at-risk populations in Appalachian East Tennessee.

As the Lieutenant's commanding officer in the Tennessee State Guard I have had opportunity to observe him closely over the last six months in his volunteer role teaching CPR and other medical topics to our Tennessee National Guard, the State Guard, and members of the Nashville medical community.

Additionally, we have had opportunity to discuss his future career plans and how he may be able to best utilize his education to the benefit of communities in need in Eastern Tennessee where so many rural communities where face shortages in resources and trained medical personnel. This desire on his part is admirable and he will have a positive impact on any community where he chooses to work and reside in the future.

Very respectfully,

Robert C. Miller, MD, MBA, FRSA
Emeritus Professor of Radiation Oncology, Mayo Clinic
Major, Medical Command, Tennessee State Guard, 41st Medical Company, 61st Battalion