**EXHIBIT I**
**Docket Number**:

[3:24-cv-00440 Lucas v. Jessee et al](#)

**Court**: U.S. District Court of Middle Tennessee
**Description of Exhibit**: Correspondence of Vanderbilt University and NFD Showing intent on Conspiracy
**Date**: June 24th, 2024
**Submitted by**:
*/s/ Ian Lucas*

Ian Lucas

*Plaintiff Pro Se*

501 Union St Ste 545 PMB 257601

Nashville, Tennessee

37219-1876 US

910-872-3577

ian.h.lucas@outlook.com

Date: July 24nd, 2024



Email from Fred Smith NFD EMS to Jamie Summers NFD-ADM stating that they "NFD" have been "ASK" to create this email about Lucas, presumably under false pretenses or under leverage so that Vanderbilt does not report the Fire Department for 'Cash Swaps'



**From:** "Summers, Jamie (NFD-ADM)" <Jamie.Summers@nashville.gov>
**To:** "Smith, Frederick (NFD-EMS)" <Fred.Smith@nashville.gov>
**Date:** 2/28/2024 3:47:32 PM
**Subject:** RE: Vanderbilt University Investigation Follow-up

This is what I would say

We can confirm that Aaron Read was working that day and was on scene after the shooting. We have a Commander that can verify, as she actually spoke to Mr. Read while on scene. In addition, our official payroll data shows Mr. Lucas was originally scheduled to work that day but had Mr. Read cover for him. There would not have been a reason for a "cash swap" or what we call shift trade from Mr. Read because it was Mr. Lucas's actual shift to work. If there was a Cash swap it would have been Mr. Lucas paying Mr. Read. While we cannot confirm that Mr. Lucas may have or did show up on scene, it was not in his capacity as a Paramedic as he was not on duty with the NFD and would not have had official business there.

I would also like to note that the NFD does allow employees to shift trade within perimeters, but it would violate our rules for an employee to pay someone to work for them.

Jamie Summers
Executive Administrator - Human Resources
Nashville Fire Department
615-862-5242
fax: 615-214-1242

From: Smith, Frederick (NFD-EMS) <fred.Smith@nashville.gov>
Sent: Wednesday, February 28, 2024 7:16 AM
To: Summers, Jamie (NFD-ADM) <Jamie.Summers@nashville.gov>
Subject: FW: Vanderbilt University Investigation Follow-up

The ask (detailed below) from Vanderbilt is can we verify that Lucas was NOT on duty and NOT on the scene of the Covenant shooting?

From: Hass, Brooke (NFD-EMS) <Brooke.Hass@nashville.gov>

---

Official response given by the NFD, of which Vanderbilt did not use, Vanderbilt used a response by Matthew Tidwell a Training Instructor at the time and Friends with Jeremy Bourgoin who was the Student Conduct Director, Lucas never made the statements that Vanderbilt proclaims, as it would have been impossible for Lucas to do so. Lucas was taking an exam that morning, which was video recorded by Vanderbilt. Therefore, Vanderbilts claims are false, and are only made for defamation, character assassination and slander. The reason Aaron was covering for Lucas was so that Lucas could take his exam.