## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IAN LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00440 |
| | ) | |
| v. | ) | Judge Waverly Crenshaw |
| | ) | |
| THE VANDEBRILT UNIVERSITY, | ) | Magistrate Judge Frensley |
| | ) | |
| Defendant. | ) | |

### VANDERBILT UNIVERSITY'S NOTICE ACKNOWLEDGING
### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Vanderbilt University, while still not served in this litigation, is identified as the last remaining Defendant in this matter. This Notice serves as Vanderbilt's acknowledgement of Plaintiff's Notice of Voluntary Dismissal filed July 24, 2024, as requested by Plaintiff. (Doc. No. 85.) Vanderbilt's acknowledgement and consent is limited to Plaintiff's right to a voluntary dismissal under F.R.C.P. 41(a)(1)(A)(i) and does not constitute consent to any additional provisions of Plaintiff's Notice.

Respectfully submitted,

Kevin C. Klein (#23301)
Matthew JP Horton (#038724)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
jp.horton@kleinpllc.com

*Counsel for Unserved Vanderbilt University*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing **NOTICE ACKNOWLEDGING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** on the Court's CM/ECF system on this 25th day of July 2024, which forwarded a copy to:

Ian Lucas
501 Union St Ste 545 PMB 257601
Nashville, Tennessee
37219-1876 US
910-872-3577
ian.h.lucas@outlook.com

*Plaintiff Pro Se*

_____
Kevin C. Klein