UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN LUCAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:24-cv-00440 |
| | ) |
| MARY ANN JESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 85) Defendant The Vanderbilt University has filed a Notice Acknowledging Plaintiff's Notice of Voluntary Dismissal (Doc. No. 87). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE