# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/09/2024.

**Case Name:** In re: Ian Lucas
**Case Number:** 24-5516

**Docket Text:**
ORDER filed : The petition [7174631-2] [7185026-2] is DISMISSED AS MOOT and the motions [7185032-2] [7185052-2] [7205966-2] [7186782-2] [7188114-2] [7220670-2] are DENIED AS MOOT. No mandate to issue. Eugene E. Siler, Jr., Circuit Judge; Raymond M. Kethledge, Circuit Judge and Eric E. Murphy, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Ian Hunter Lucas
221 Charleston Avenue
Pleasant View, TN 37146

**A copy of this notice will be issued to:**

Ms. Lynda M. Hill

No. 24-5516

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Sep 9, 2024
KELLY L. STEPHENS, Clerk
```

In re: IAN HUNTER LUCAS,  )
                          )   O R D E R
     Petitioner.          )

Before: SILER, KETHLEDGE, and MURPHY, Circuit Judges.

Plaintiff Ian Hunter Lucas petitions for a writ of mandamus directing the district court to hold a hearing on his pending motion for a preliminary injunction. Lucas also moves for leave to file an amended petition; for injunctive relief pending this court's consideration of his mandamus petition; to expedite a ruling on the injunction; and for leave to file an amended brief in support of his challenge to the district court's denial of a temporary restraining order. He also has filed a motion withdrawing his appeal.

However, Lucas voluntarily dismissed his suit without prejudice, and the district court dismissed all pending motions as moot. As a result, Lucas's mandamus petition seeks relief we cannot grant. Where, as here, "events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give meaningful relief, then the case is moot and must be dismissed." *Sullivan v. Benningfield*, 920 F.3d 401, 410 (6th Cir. 2019) (quoting *Ailor v. City of Maynardville*, 368 F.3d 587, 596 (6th Cir. 2004)). We note that, contrary to Lucas's assertions, he has no pending appeal before this court.

No. 24-5516
-2-

Accordingly, the petition is **DISMISSED AS MOOT** and the motions are **DENIED AS MOOT**.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk